# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Cathy L. Waldor

v. : Mag. No. 12-7353

RONNIE D. MCMILLIAN, JR. : **ORDER FOR CONTINUANCE**

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Nicholas P. Grippo, Assistant U.S. Attorney), and defendant Ronnie D. McMillian (by David Holman, Assistant Federal Public Defender), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days, and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18 of the United States Code, Section 3161(b), and the defendant through his attorney having requested the continuance to provide time for him to obtain a mental health evaluation, and two prior continuances having been granted by the Court; for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The defendant intends to undergo a competency evaluation by a mental health profession to determine whether he is legally competent to proceed in this matter;

2. Plea negotiations have commenced and are expected to continue shortly after the mental health evaluation. Both the United States and the defendant seek additional time to achieve a successful resolution of these negotiations, which would render trial of this matter unnecessary;

3. Defendant has consented to the aforementioned continuance;

4. The grant of a continuance will likely conserve judicial resources; and

5. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**WHEREFORE**, it is on this 9th day of May, 2013,

**ORDERED** that the proceedings scheduled in the above-captioned matter are continued for a period of 60 days from the date of this Order;

**IT IS FURTHER ORDERED** that the period of 60 days from the date of this order shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE CATHY L. WALDOR
UNITED STATES MAGISTRATE JUDGE

Consented and Agreed By

_____
David Holman, Esq.
Counsel for Defendant

_____
Nicholas P. Grippo
Assistant United States Attorney

Approved by:

_____
Lisa Colone
Assistant United States Attorney
Deputy Chief, General Crimes Unit